**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Terrance D. GOODMAN, Defendant-Appellant.**

No. 15-13538
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Filed January 19, 2017

David Lance Goldberg, Robert G. Davies, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, for Plaintiff-Appellee

Terrance D. Goodman, Talladega, AL, for Defendant-Appellant

Before WILLIAM PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, III, appointed counsel for Terrance Goodman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Goodman's convictions and total sentence are **AFFIRMED**.